**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CITY OF PHILADELPHIA FIRE
DEPARTMENT

              v.

WORKERS' COMPENSATION APPEAL
BOARD (SLADEK)

PETITION OF: SCOTT SLADEK

: No. 405 EAL 2016
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 1ˢᵗ day of March, 2017, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by petitioner, are:

(1) Whether the Commonwealth Court, in a case of first impression, committed an error of law by misinterpreting Section 108(r) to require a firefighter diagnosed with cancer caused by an IARC Group I carcinogen to establish exposure to a specific carcinogen that causes his/her cancer in order to gain the rebuttable presumption provided by the law?

(2) Whether the Commonwealth Court committed an error of law by concluding that a legislatively-created presumption of compensability may be competently rebutted by a general causation opinion, based entirely upon epidemiology, without any opinion specific to the firefighter/claimant making the claim?